**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**SAMUEL P. HALL AND BRENDA HALL**                                              **PLAINTIFFS**

**VS.**                              **CASE NO. 2:09CV00091 SWW**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                                      **DEFENDANT**

## ORDER

Plaintiff's notice of related case (Doc. No. 16) is granted and this case is hereby transferred to the undersigned pursuant to General Order No. 39. Judicial economy dictates transfer of this case because it bears common questions of law and fact to *Whistle v. David H. Arrington Oil & Gas Inc., et al.* (Case No. 2:08-cv-00037), a case that was closed by the undersigned on June 11, 2009.

IT IS SO ORDERED THIS 16th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE