# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SAMUEL P. HALL & BRENDA HALL**                                   **PLAINTIFFS**

**VS.**                          **CASE NO.: 2-09-CV-0091 BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                      **DEFENDANT**

## <u>ORDER</u>

The clerk is hereby directed to substitute exhibit 1 to the motion for leave to file filed by defendant David H. Arrington Oil & Gas, Inc. (Doc. No. 46) with a recently submitted substitute exhibit containing redacted social security numbers.

IT IS SO ORDERED this 13th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE