**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**SAMUEL P. HALL AND BRENDA HALL**                          **PLAINTIFFS**

**v.**                       **CASE NO. 2:09-CV-00091 BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                    **DEFENDANT**

## ORDER

Partial summary judgment was granted in favor of plaintiffs Samuel P. and Brenda Hall on August 19, 2010. [Doc. No. 55]. Defendant David H. Arrington Oil and Gas, Inc. ("Arrington") moves for reconsideration [Doc. No. 58] arguing that (1) multiple conditions precedent to contract formation were unfulfilled and therefore no contract formed between the parties; (2) the admissions regarding Phillips County drafts denied after July 26, 2006, do not foreclose the existence of a genuine issue of fact as to why Arrington denied the Halls' draft; and (3) several handwritten notations on other unpaid drafts indicate that other drafts were denied based on disapproval of title. After reviewing the motion, the Halls' response, and the entire record, Arrington's motion [Doc. No. 58] is denied.

IT IS SO ORDERED this 15th day of November, 2010.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE