# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**SAMUEL P. HALL AND BRENDA HALL**                                    **PLAINTIFFS**

**v.**                        **CASE NO. 2:09-CV-00091 BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                              **DEFENDANT**

## ORDER

Pursuant to Federal Rule of Civil Procedure 41, plaintiffs Samuel P. Hall and Brenda Hall move to dismiss their unjust enrichment, promissory estoppel, and fraud claims with prejudice. [Doc. No. 61]. That motion is granted.

IT IS SO ORDERED this 15th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE