**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**SAMUEL P. HALL AND BRENDA HALL**                                                    **PLAINTIFFS**

**v.**                          **CASE NO. 2:09-CV-00091 BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                                    **DEFENDANT**

**JUDGMENT**

Pursuant to the order entered August 19, 2010, judgment is granted to plaintiffs against defendant. Plaintiffs are awarded damages in the following amount: $181,194 payable to Samuel P. Hall and Brenda C. Hall, husband and wife, plus post-judgment interest of .21% per annum until paid.

IT IS SO ORDERED this 15th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE