**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**SAMUEL P. HALL AND BRENDA HALL**                                            **PLAINTIFFS**

**V.**                                    **CASE NO. 2-09-CV-0091BSM**

**DAVID H. ARRINGTON OIL & GAS INC.**                                           **DEFENDANT**

**ORDER STAYING JUDGMENT**

By agreement of the parties, the Court hereby stays the judgment entered herein on November 15, 2010. This stay is granted because Defendant's funds in the sum of $181,194 (the "funds") (plus any amounts that may be awarded for pre and post judgment interest, costs and attorney fees) have been placed in a special trust account of Ramsay, Bridgforth, Robinson and Raley, LLP and shall remain in trust pending the disposition of the appeal. A bank statement proving said deposit shall be provided to the court and Plaintiffs' counsel. In the event that the judgment is affirmed and all appeals have been exhausted, or the time for filing an additional appeal has expired, the funds shall be paid to Plaintiffs to the full extent necessary to satisfy the judgment. The funds shall be released to Defendant if the appeal is successful and no amount is found to be due to Plaintiffs. This stay shall remain in effect until the appeal becomes final or, if no appeal is filed, until the expiration of the time for appeal.

**IT IS SO ORDERED.**

*[signature: Brian S. Miller]*
BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE
November 19, 2010
DATE: _____

AGREED:

/s/ John T. Holleman                                    /s/ Williams M. Bridgforth
JOHN T. HOLLEMAN                                        WILLIAM M. BRIDGFORTH
*Attorney for Plaintiffs*                               *Attorney for Defendant*